# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE, SIEMPRETAX+, LLC, § § §<br>*Plaintiffs,* § | | |
| | § | CIVIL NO. 6-20-CV-00140 |
| v. | § § | |
| MICKEY WHITE, NATTY'S TAX SERVICE, § § §<br>*Defendant.* | | |

## ORDER DISMISSING CASE

Before the Court is Defendant Mickey White's (d/b/a Natty's Tax Service) Motion to Dismiss (ECF No. 29). the above-entitled cause of action. The Court, having considered the Motion and finds it is unopposed by the Plaintiffs, finds that the Motion should be **GRANTED**. Pursuant to Local Rule 7(e)(2), "[i]f there is no response [to a motion] filed within the time period prescribed by this rule, the court may grant the motion as unopposed." W.D. Tex. Civ. R. 7(e)(2). White filed his Motion to Dismiss on June 3, 2020. Nine months have elapsed since Defendant filed his motion and Plaintiffs have yet to file a response. *See* W.D. Tex. Civ. R. 7(e)(2) ("A response to a dispositive motion shall be filed not later than 14 days after the filing of the motion."). Accordingly, the Court finds that Plaintiff has failed to file a timely response to White's Motion to Dismiss, and therefore, the Court finds that White's Motion to Dismiss be granted as unopposed.

Accordingly, Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED** without prejudice.

**SIGNED** this 1st day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE