UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

------------------------------------x
: 
JTH TAX LLC d/b/a LIBERTY TAX SERVICE, :
and :
SIEMPRETAX+ LLC, :
: 
                Plaintiffs, :
    v. :   Case No: 6:20-cv-140
: 
MICKEY WHITE d/b/a NATTY'S TAX :
SERVICE, :
: 
                Defendant. :
: 
------------------------------------X

## FINAL JUDGMENT

On this day, the United States District Court for the Western District of Texas Waco Division, entered a Final Judgment in the above referenced case and recites as follows:

1. This action was commenced by Plaintiffs JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") and SiempreTax+, LLC ("SiempreTax+") (collectively, the "Plaintiffs") on February 21, 2020, setting forth claims for (1) breach of contract and (2) tortious interference with contract against Defendant Mickey White d/b/a Natty's Tax Service ("Defendant"). *See* ECF 1 & 56.

2. On December 13, 2022, Plaintiffs moved for summary judgment against Defendant. *See* ECF 61. Defendant responded on December 16, 2022. *See* ECF 62.

3. On June 1, 2023, Magistrate Judge Jeffrey C. Manske, having considered Plaintiffs' Motion for Summary Judgment (ECF 61), Defendant's Response (ECF 62), and the evidence attached thereto, recommended that Plaintiffs' Motion for Summary Judgment be granted in its entirety. *See* ECF 64.

4.      On June 20, 2023, the Court adopted Magistrate Judge Jeffrey C. Manske's Report and Recommendation granting Plaintiffs' Motion for Summary Judgment. *See* ECF 64.

5.      The Court, therefore, finds that Defendant and Plaintiffs entered into two separate Franchise Agreements and three Promissory Notes that are duly executed and enforceable. The three Promissory Notes total $162,784.84, and in the following amounts: $97,700.00 executed September 26, 2016; $32,000.00 executed April 28, 2017; and $33,084.84 executed January 14, 2019.

6.      The Court further finds that Plaintiffs performed their end of the bargain and that Defendant breached the terms of the Franchise Agreements and Promissory Notes resulting in Plaintiffs' actual damages.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

7.      That Plaintiffs shall recover from Defendant the amount of $40,052.78 in damages for Defendant's breach resulting from the failure to pay the outstanding accounts receivable associated with the operation of certain franchises under the Franchise Agreements.

8.      That Plaintiffs shall recover from the Defendant the amount of $162,784.84 in damages for Defendant's breach of the Promissory Notes.

9.      That Plaintiffs shall recover from Defendant their reasonable attorneys' fees and costs in the amount of $57,953.70

10.     That Plaintiffs shall recover from Defendant pre-judgment interest on the sums awarded in paragraphs 7 and 8 at the rate of 18% per annum, compounded annually, beginning January 22, 2020.

11. That Plaintiffs shall recover from Defendant post-judgment interest on the sums awarded herein at the rate of 8.25% per annum, compounded annually, from and after the date of this judgment until paid.

12. That this Judgment shall have final, binding, and preclusive effect as to the parties in this matter.

13. Plaintiff is entitled to receive whatever writs and processes are necessary to collect or enforce this Judgment. All of the costs associated with enforcing this Judgment shall be paid by Defendant.

14. This is a final judgment. Any and all relief not expressly granted herein is denied.

15. This Court shall retain jurisdiction as necessary to enforce this Final Judgment.

**SIGNED** this 15th day of May, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE